```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

LADEFARA GEM,                )
                             )
        Plaintiff,           )
                             )
            v.               )     C.A. No. 20-12044-PBS
                             )
PUBLIC STORAGE,              )
                             )
        Defendant.           )

## FINAL ORDER OF DISMISSAL

SARIS, D.J.

In accordance with the Memorandum and Order dated November 18, 2020 (Docket Entry No. 4), dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

SO ORDERED.

Date: 11/18/2020          By the Court,

                          /s/ Maryellen Molloy
                          Deputy Clerk